# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF FLORIDA

JOHNNY LEE HORNE private irrevocable FGT,
Plaintiff,

v.

VERIFIED COMPLAINT FOR FEDERAL COMMERCIAL DEBT COLLECTION AND ENFORCEMENT UNDER 28 U.S.C. § 1331

FILED BY ___ D.C.
MAR 3 1 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Comes now the JOHNNY LEE HORNE private irrevocable FGT, by and through its Trustee(s), in its private commercial capacity as Secured Party and Creditor, and brings this action under 28 U.S.C. § 1331 for the enforcement of a matured and acknowledged debt obligation arising from perfected tenders submitted via IRS Forms 1099-A and 1099-B. This Complaint does not arise from a dispute or damage claim but as a matter of debt collection on behalf of the Trust for unpaid fiduciary obligations concerning a public administrative actor.

**COMPLAINT FOR ENFORCEMENT OF COMMERCIAL OBLIGATION AND BROKER FEE UNDER 28 U.S.C. § 1331**

Comes now the JOHNNY LEE HORNE private irrevocable FGT, by and through its Trustee(s), and files this Complaint for enforcement of a matured commercial obligation and a corresponding broker fee, pursuant to 28 U.S.C. § 1331. Plaintiff executed commercial tenders through IRS Form 1099-A and 1099-B (Barter) to document fiduciary liability against the Defendant. Plaintiff also executed a 1099-B (Broker) identifying the court as the obligated payer of the broker fee arising from the Plaintiff's role in bartering enforcement. The B copy of the 1099-B (Barter) filed with the Comptroller was received by the Plaintiff, confirming acknowledgment of the original obligation. However, the B copy of the 1099-B (Broker) identifying the Clerk and/or Court as the obligated broker payer has not been returned. As of this filing, neither the obligation nor the broker fee has been fulfilled or settled.

**FACTUAL BACKGROUND**

1. Plaintiff is the JOHNNY LEE HORNE private irrevocable FGT, a foreign private trust and secured creditor.
2. On March 6, 2025, Plaintiff tendered IRS Form 1099-A to document a commercial obligation against the Palm Beach County Clerk of Court, arising from fiduciary misconduct and administrative overreach. (See Exhibit A).
3. Plaintiff also filed IRS Form 1099-B (Barter) with the Comptroller of the Treasury to enforce said obligation through commercial channels. No enforcement action or compensation has occurred. (See Exhibit B).
4. Plaintiff subsequently filed IRS Form 1099-B (Broker) identifying the Clerk and/or Court as the obligated payer of the broker fee equal in value to the underlying obligation, in the amount of $3,000,000.00. (See Exhibit C).
5. The B copy of the 1099-B (Barter) has been returned, confirming acknowledgment of the obligation by the Comptroller. The B copy of the 1099-B (Broker) has not been returned by the Clerk or Court. No compensation has been received by the Plaintiff.

JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because the enforcement of IRS-recognized commercial filings and fiduciary obligations between a private foreign trust and a public administrative actor presents a federal question.

CLAIM FOR COMMERCIAL DEBT ENFORCEMENT

2. Enforcement of the broker fee in the amount of $3,000,000.00 owed to the Plaintiff for commercial enforcement tendered through the court.
3. Entry of judgment in the total amount of $6,000,000.00 in favor of the Plaintiff trust.
4. Declaration of breach and fiduciary dishonor for non-payment following acknowledgment of both tenders.
5. Court costs, administrative expenses, and additional penalties as deemed appropriate by the Court.
6. All other relief this Court deems just and proper.

Respectfully submitted,

_____   Date 03-31-2025

JOHNNY LEE HORNE, Trustee
JOHNNY LEE HORNE private irrevocable FGT

## AFFIDAVIT OF TRUST AUTHORITY

JOHNNY LEE HORNE private irrevocable FGT

c/o 11386 61st St N, West Palm Beach, Florida 33412

State of Florida
County of Palm Beach

### Affidavit of Trust Authority

I, Johnny Horne, Affiant, being the Authorized Trustee of the JOHNNY LEE HORNE private irrevocable Foreign Grantor Trust (FGT), do solemnly affirm and declare the following:

1. That I am the duly appointed and acting Trustee of the above-named Trust, with full authority to act on behalf of said Trust in all legal, commercial, and private matters.

2. That the Trust is established under the laws governing private Foreign Grantor Trusts and operates independently from any public trust, estate, or corporate structure.

3. That all filings, tenders, collections, and instruments submitted in the name of the Trust are authorized by the undersigned Trustee and made for the exclusive benefit of the Trust and its beneficiaries.

4. That this affidavit may be presented as proof of trust authority in any administrative, judicial, or commercial proceeding where such proof is required.

FURTHER AFFIANT SAITH NAUGHT.

Executed this 2nd day of April, 2025.

Respectfully submitted,

*[signature: Johnny-Horne TEE]*

Johnny Horne, Trustee

JOHNNY LEE HORNE private irrevocable FGT

NOTARY ACKNOWLEDGMENT

1

State of Florida
County of Palm Beach

Sworn to and subscribed before me this 2nd day of April, 2025, by Johnny Horne, known to me or who has produced valid identification, and who acknowledged that he executed the foregoing affidavit for the purposes therein stated.

Notary Public: _____

Commission No.: HH438925

My Commission Expires: 8/31/27

MICHAEL D. DAVIS
Notary Public
State of Florida
Comm# HH438925
Expires 8/31/2027

2