**EXHIBIT INDEX**

The following exhibits are attached to this complaint in support of the Plaintiff's claims for commercial obligation enforcement and broker fee recovery.

Exhibit A: IRS Form 1099-A – Tendered to Palm Beach County Clerk of Court (Original Obligation)

Exhibit B: IRS Form 1099-B (Barter) – Filed with Comptroller of the Treasury – B Copy Returned

Exhibit C: IRS Form 1099-B (Broker) – Filed on Clerk/Court – B Copy Not Returned

Exhibit D: Notice to IRS & Clerk of Court – Demand for Transfer & Disbursement – Dated March 16, 2025 – Received March 17, 2025

pg 1-9

**Exhibit A**

IRS Form 1099-A – Tendered to Palm Beach County Clerk of Court (Original Obligation)

[Attached Document Follows]

☐ VOID ☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/c<br>West palm beach FL 33412<br>US - Phone: | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2024 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| LENDER'S TIN | BORROWER'S TIN<br>59-6000785 | 1 Date of lender's acquisition or knowledge of abandonment<br>03/03/2025 | 2 Balance of principal outstanding<br>$3000000.00 | **Copy B**<br>**For Borrower** |
| BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>Clerk of the circuit court comptroller<br>Attention finance division<br>PO Box 4036<br>West Palm Beach FL 33402<br>US<br>5613552912 | | 4 Fair market value of property<br>$3000000.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . ▶ ☑ | |
| | | 6 Description of property<br>Failure to honor debt creates obligatio | |
| Account number (see instructions)<br>249121724921 | | | |

Form **1099-A** (Rev. 1-2022)        www.tax1099.com - IRS Approved e File Provider        www.irs.gov/Form1099A

**Instructions for Borrower**
Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences. Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.
If you borrowed money on this property with someone else, each of you should receive this statement.
**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the lender assigned to distinguish your account.
**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.
**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.
**Box 3.** Reserved for future use.
**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.
**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.
**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.
**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.
**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

**Exhibit B**
IRS Form 1099-B (Barter) – B Copy Returned by Comptroller

[Attached Document Follows]

4-9

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| CLERK OF THE CIRCUIT COURT AND COMP CONT<br>PO BOX 4036<br>West Palm Beach, FL 33402<br>US<br>Phone: (561) 355-2996 | B | **2024**<br>Form **1099-B** | |

| | | 1a Description of property (Example: 100 sh. XYZ Co.) JUDICIAL MISCONDUCT CREATE DEBT LIABILI | |
|---|---|---|---|
| | | 1b Date acquired 01/01/2024 | 1c Date sold or disposed 12/31/2024 |
| | | 1d Proceeds $ 3,000,000.00 | 1e Cost or other basis $ 0.00 |

**Copy B For Recipient**

| PAYER'S TIN 59-6000785 | RECIPIENT'S TIN XX-XXX6634 | 1f Accrued market discount $ 0.00 | 1g Wash sale loss disallowed $ 0.00 |
|---|---|---|---|

| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ |
|---|---|---|
| JOHNNY LEE HORNE IRREVOCABLE FOREIGN GRA<br>C/O  J        T. N.<br>WEST PALM BEACH, FL 33412<br>US | 4 Federal income tax withheld $ 250,000.00 | 5 If checked, noncovered security ☐ |
| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ |
| | 8 Profit or (loss) realized in 2024 on closed contracts $ 0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2023 $ 0.00 |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions) 155668785485 | | |
|---|---|---|
| CUSIP number 7 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2024 $ 0.00 | 11 Aggregate profit or (loss) on contracts $ 0.00 |
| 14 State name | 15 State identification no. | 16 State tax withheld $ $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering $ 0.00 |

Form **1099-B**        (Keep for your records)        www.irs.gov/Form1099B        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| CLERK OF THE CIRCUIT COURT AND COMP CONT<br>PO BOX 4036<br>West Palm Beach, FL 33402<br>US<br>Phone: (561) 355-2996 | B | **2024**<br>Form **1099-B** | |

| | | 1a Description of property (Example: 100 sh. XYZ Co.) JUDICIAL MISCONDUCT CREATE DEBT LIABILI | |
|---|---|---|---|
| | | 1b Date acquired 01/01/2024 | 1c Date sold or disposed 12/31/2024 |
| | | 1d Proceeds $ 3,000,000.00 | 1e Cost or other basis $ 0.00 |

**Copy 2 To be filed with recipient's state income tax return, when required.**

| PAYER'S TIN 59-6000785 | RECIPIENT'S TIN XX-XXX6634 | 1f Accrued market discount $ 0.00 | 1g Wash sale loss disallowed $ 0.00 |
|---|---|---|---|

| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ |
|---|---|---|
| JOHNNY LEE HORNE IRREVOCABLE FOREIGN GRA<br>C/O  J        T. N.<br>WEST PALM BEACH, FL 33412<br>US | 4 Federal income tax withheld $ 250,000.00 | 5 If checked, noncovered security ☐ |
| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ |
| | 8 Profit or (loss) realized in 2024 on closed contracts $ 0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2023 $ 0.00 |

| Account number (see instructions) 155668785485 | | |
|---|---|---|
| CUSIP number | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2024 $ 0.00 | 11 Aggregate profit or (loss) on contracts $ 0.00 |
| 14 State name | 15 State identification no. | 16 State tax withheld $ $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering $ 0.00 |

Form **1099-B**        www.irs.gov/Form1099B        Department of the Treasury - Internal Revenue Service

**Exhibit C**
IRS Form 1099-B (Broker) – Filed on Clerk/Court – B
Copy Not Returned

[Attached Document Follows]

☐ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Clerk of the circuit court and comp cont<br>PO Box 4036<br>West Palm Beach FL 33402<br>US - Phone:561-355-2996 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Judicial misconduct create debt liabili | | |
| PAYER'S TIN<br>59-6000785 | RECIPIENT'S TIN | 1b Date acquired<br>01/01/2024 | 1c Date sold or disposed<br>12/31/2024 | **Copy B** |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JOHNNY LEE HORNE irrevocable foreign gra<br>        St. N.<br>West Palm Beach FL 33412<br>US | | 1d Proceeds<br>$ 3000000.00 | 1e Cost or other basis<br>$0.00 | **For Recipient** |
| | | 1f Accrued market discount<br>$0.00 | 1g Wash sale loss disallowed<br>$0.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 2 Short-term gain or loss ☐<br>   Long-term gain or loss ☐<br>   Ordinary         ☐ | 3 If checked, proceeds from:<br>Collectibles ☐ .<br>QOF ☐ | |
| Account number (see instructions)<br>155668785485 | | 4 Federal income tax withheld<br>$ 250000.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number | FATCA filing requirement<br>☐ | 6 Reported to IRS:<br>   Gross proceeds ☐<br>   Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | | 8 Profit or (loss) realized in 2024 on closed contracts<br>$0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$0.00 | |
| 14 State name | 15 State identification no. | 16 State tax withheld<br>$ 0.00 | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$0.00 | 11 Aggregate profit or (loss) on contracts<br>$0.00 | |
| | | | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$0.00 | |

Form **1099-B**                                www.tax1099.com - IRS Approved e File Provider                          www.irs.gov/Form1099B

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**BFATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

Box 1b.This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

Box 1c.Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
Box 1d.Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
Box 1e.Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

**EXHIBIT D**

Notice to IRS & Clerk of Court – Demand for Transfer & Disbursement
Dated: March 16, 2025
Received: March 17, 2025

This exhibit documents Plaintiff's formal demand for disbursement following IRS acceptance of 1099 filings.

8-9

# NOTICE TO IRS & CLERK OF COURT - DEMAND FOR TRANSFER & DISBURSEMENT

From:
JOHNNY LEE HORNE PRIVATE IRREVOCABLE FOREIGN GRANTOR'S TRUST
Johnny-Horne, Authorized Representative & Trustee
c/o _____
West Palm Beach, FL 33412
Email: fixitall.jh@gmail.com



Date: 03/16/2025

To:
Internal Revenue Service
Department of the Treasury
Austin, TX 73301-0002

For Courier Delivery:
Internal Revenue Service
3651 S IH 35
Austin, TX 78741

AND

Clerk of the Circuit Court & Comptroller, Palm Beach County
Circuit Civil Court
P.O. Box 4667
West Palm Beach, FL 33402

For In-Person Delivery:
Clerk of the Circuit Court & Comptroller, Palm Beach County
Main Courthouse
205 North Dixie Highway
3rd Floor, Room 3.2300
West Palm Beach, FL 33401

Subject: Demand for Transfer & Disbursement of Broker Fee to Public Trust

NOTICE OF IMMEDIATE INSTRUCTION FOR FUNDS TRANSFER

This serves as official notice that the State Comptroller has returned Copy B of the previously filed 1099-A and 1099-B filings, confirming acceptance of the obligation in relation to an administrative

9-9